UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:05CV-00182-EHJ

DEBORAH A. BEASLEY                                                              PLAINTIFF

VS.

JO ANNE B. BARNHART,
Commissioner of Social Security                                                DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that the final judgment of the Commissioner is **REVERSED** and, pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner to conduct further proceedings consistent with the recommendation of the United States Magistrate Judge.

This is a final and appealable Order and there is no just cause for delay.

Copies:          Counsel